**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| OLIVIA VAN HOUSEN, STEFAN REBIC, and NATE DLUZEK, individually and on behalf of all others similarly situated, | Case No. 1:23-cv-15634 |
| | Judge: Honorable LaShonda A. Hunt |
| Plaintiffs, | Magistrate: Honorable Gabriel A. Fuentes |
| vs. | |
| AMAZON.COM, INC. D/B/A JUST WALK OUT and AMAZON WEB SERVICES, INC., | |
| Defendants. | |

## DEFENDANTS' OPPOSED MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendants Amazon.com, Inc. ("Amazon.com") and Amazon Web Services ("AWS," and collectively, "Amazon") hereby move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Complaint of Plaintiffs Olivia Van Housen, Stefan Rebic, and Nate Dluzek ("Plaintiffs") with prejudice. Amazon has conferred with Plaintiffs and Plaintiffs oppose this motion. In support of its Motion, Amazon states as follows:

1. On September 20, 2023, Plaintiffs filed the operative Complaint against Amazon in the Circuit Court of Cook County, alleging violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 *et seq.* in connection with the "Just Walk Out" Technology ("JWO Technology") in Amazon Go and certain Amazon Fresh stores. Amazon filed a notice of removal on November 3, 2023. (ECF No. 1.)

2. On November 9, 2023, the Court granted the parties' agreed Motion for an Extension of Time to Respond to Complaint and to Set a Briefing Schedule, adopting the briefing schedule proposed by the parties: Amazon's motion is due by December 4, 2023; Plaintiffs' response is due January 8, 2024; and Amazon's reply is due by February 5, 2024. (ECF No. 15.)

3.      Amazon now moves to dismiss this action with prejudice, as more fully set forth in Amazon's Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Complaint, filed contemporaneously herewith and incorporated herein.  This Motion and the Memorandum are supported by the concurrently-filed Declaration of Sourabh Mishra in Support and Exhibits 1 to 4.

WHEREFORE, for the reasons set forth herein and in Amazon's Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), Amazon respectfully requests that this Court dismiss Complaint with prejudice and for such other and further relief the Court deems necessary and proper in the interests of justice.

Dated:  December 4, 2023                    Respectfully submitted,

**HUESTON HENNIGAN LLP**

By: _____
       Moez M. Kaba

       Moez M. Kaba (admitted pro hac)
       Sourabh Mishra (admitted pro hac)
       **Hueston Hennigan LLP**
       620 Newport Center Drive
       Newport Beach, CA 92660
       Tel: (949) 356-5536
       Fax: (888) 775-0898
       Email: smishra@hueston.com

       Nicola Menaldo
       **Perkins Coie LLP**
       1201 Third Avenue, Suite 4900
       Seattle, WA  98101-3099
       Telephone: 206.359.8000
       Fax: 206.359.9000
       Email: NMenaldo@perkinscoie.com

       Kathleen A. Stetsko
       J. Mylan Traylor

**Perkins Coie LLP**
110 N Upper Wacker Dr Suite 3400,
Chicago, IL 60606
Telephone: 312.324.8400
Fax: 312.324.9400
Email: KStetsko@perkinscoie.com
Email: Mtraylor@perkinscoie.com

*Attorneys for Defendants*

0