**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Olivia Van Housen, et al.
                       Plaintiff,

v.                                                  Case No.: 1:23−cv−15634
                                                  Honorable LaShonda A. Hunt

Amazon.Com, Inc., et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 5, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' motion to dismiss [23][24] is taken under advisement for ruling by mail. Plaintiffs are encouraged to closely review the motion and consider if amending the complaint pursuant to Fed. R. Civ. P. 15(a)(1) would be appropriate. Any amended pleading will be due by 12/27/23. Otherwise, briefing on Defendants' motion [23][24] will proceed according to the previously set schedule [15]. The initial status report deadline of 12/12/23 and initial status hearing set for 12/21/23 are stricken. Discovery is stayed pending further court order. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.