**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| OLIVIA VAN HOUSEN, STEFAN REBIC, and NATE DLUZEK, individually and on behalf of all others similarly situated, | Case No. 1:23-cv-15634 |
| | Judge: Honorable LaShonda A. Hunt |
| Plaintiffs, | Magistrate: Honorable Gabriel A. Fuentes |
| vs. | |
| AMAZON.COM, INC. D/B/A JUST WALK OUT and AMAZON WEB SERVICES, INC., | |
| Defendants. | |

## DEFENDANTS' UNOPPOSED NOTICE OF MOTION TO REASSIGN *COULTER* AS RELATED CASE

PLEASE TAKE NOTICE that on Tuesday, December 12, 2023, at 10:00 a.m., or soon thereafter as counsel may be heard, Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon") and Defendants Hudson Group (HG) Retail, LLC d/b/a Hudson Nonstop ("Hudson") and Dufry America, LLC ("Dufry America") (collectively with Amazon, "Defendants"), shall appear before the Honorable LaShonda A. Hunt in Courtroom 1425 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, IL 60604 and present this Motion to Reassign *Coulter v. Hudson Group (HG) Retail LLC, et al.*, No. 1:23-cv-16176 ("*Coulter*") to this Court pursuant to Local Rule 40.4, copies of which have been served upon you on this date. Counsel for the Amazon Defendants also represent Hudson and Dufy America.

Defendants respectfully request that *Coulter*, as the higher-numbered related case to *Van Housen*, be reassigned to Judge Hunt. Plaintiffs do not oppose this Motion.

6546823

Dated:  December 7, 2023      Respectfully submitted,

**HUESTON HENNIGAN LLP**

By:    /s/ *Sourabh Mishra*
      Sourabh Mishra

      Moez M. Kaba (admitted pro hac)
      Sourabh Mishra (admitted pro hac)
      **Hueston Hennigan LLP**
      620 Newport Center Drive
      Newport Beach, CA 92660
      Tel: (949) 356-5536
      Fax: (888) 775-0898
      Email: smishra@hueston.com

      Nicola Menaldo
      **Perkins Coie LLP**
      1201 Third Avenue, Suite 4900
      Seattle, WA  98101-3099
      Telephone: 206.359.8000
      Fax: 206.359.9000
      Email: NMenaldo@perkinscoie.com

      Kathleen A. Stetsko
      J. Mylan Traylor
      **Perkins Coie LLP**
      110 N Upper Wacker Dr Suite 3400,
      Chicago, IL 60606
      Telephone: 312.324.8400
      Fax: 312.324.9400
      Email: KStetsko@perkinscoie.com
      Email: Mtraylor@perkinscoie.com

      *Attorneys for Defendants*

6546823