UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Olivia Van Housen, et al.
                           Plaintiff,

v.                                                            Case No.: 1:23−cv−15634
                                                            Honorable LaShonda A. Hunt

Amazon.Com, Inc., et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 8, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' Unopposed Motion to Reassign Coulter As Related Case [29] is granted. The Court finds that the two lawsuits in question are related under Local Rule 40.4(a). The two cases involve the same issues of fact or law, namely whether certain stores used Amazon's "Just Walk Out" Technology ("JWO Technology") to capture, store, and disseminate the biometric data of Plaintiffs and class members in a manner that violates the Illinois Biometric Information Privacy Act ("BIPA"). Furthermore, the four conditions for reassignment set forth in Local Rule 40.4(b) are all satisfied, as both cases are proceeding in this District and they seek review of the same legal question. As a result, the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort. This case, the earlier filed case, has not progressed to the point where consolidation would delay proceedings, as discovery is stayed pending resolution of Defendants' motion to dismiss. Finally, the two cases are susceptible of disposition in a single proceeding before this Court. Accordingly, pursuant to Local Rule 40.4(d), the Court finds that Coulter v. Hudson Group (HG) Retail LLC, et al., No. 1:23−cv−16176, as the higher−numbered case, should be reassigned to this Court. No appearance is necessary on 12/12/23. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.