IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OLIVIA VAN HOUSEN, STEFAN REBIC, and NATE DLUZAK, individually and on behalf of all others similarly situated, | Case No. 1:23-cv-15634 |
| Plaintiffs, | Hon. LaShonda A. Hunt |
| v. | |
| AMAZON.COM, INC. D/B/A JUST WALK OUT and AMAZON WEB SERVICES, INC. | |
| Defendants. | |

**PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE SURREPLY IN FURTHER OPPOSITION TO AMAZON'S MOTION TO DISMISS**

Plaintiffs Olivia Van Housen, Stefan Rebic, and Nate Dluzak, individually and on behalf of all others similarly situated, over Defendants Amazon.com, Inc. d/b/a Just Walk Out and Amazon Web Services, Inc.'s objection, hereby move for leave to file the attached one-page Surreply. A Surreply is warranted when a movant's reply brief raises new facts or arguments for the first time. *Meraz-Camacho v. United States*, 417 Fed. Appx. 558, 559 (7th Cir. 2011). "The decision to permit the filing of a surreply is purely discretionary and should generally be allowed only for valid reasons, such as when the movant raises new arguments in a reply brief." *Id*. The court's decision to permit or deny a Surreply brief is reviewed under an abuse of discretion standard. *Cleveland v. Porca Co.*, 38 F.3d 289, 297 (7th Cir. 1994). "District courts abuse their discretion when they deny a party a chance to respond to new arguments or facts raised for the first time in a reply brief[.]" *Physicians Healthsource, Inc. v. A-S Medication Sols., LLC*, 950 F.3d 959, 968 (7th Cir. 2020).

The Defendants filed a Motion to Dismiss this action on December 4, 2023, ECF #24; Plaintiffs submitted their Opposition on January 8, 2024, ECF #33; and the Defendants filed their Reply on February 5, 2024, ECF #34. In their Reply, the Defendants described and relied on events not previously discussed in their Motion to Dismiss to call into question the Plaintiffs' motives in pursuing this action and the legitimacy of their counsel's pre-filing investigation. The Plaintiffs seek a fair opportunity to respond to the facts relied upon by Amazon in its Reply and to supplement the record with the actual letters referenced by Amazon therein. Accordingly, the Plaintiffs request that the Court accept a one-page Surreply (attached hereto as Exhibit A) and correspondence between the parties' counsel that occurred before Amazon filed its Motion to Dismiss (attached to Exhibit A as Exhibits 1 and 2).

Plaintiffs and Defendants have met and conferred regarding Plaintiffs' Motion for Leave to File Surreply. Amazon opposes the Plaintiffs' request. Given Amazon's opposition to the Plaintiffs' request for a one-page Surreply, pursuant to the Court's case procedures, the parties agreed to a proposed briefing schedule for Amazon to file an Opposition to the Plaintiffs' Motion for Leave to File Surreply. The parties propose that Amazon's Opposition shall be due on February 20, 2024.

Dated: February 13, 2024            Respectfully Submitted,

/s/ *Justin N. Boley*

Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
Eaghan S. Davis
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450
Chicago, Illinois, 60606

Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com
esd@wbe-llp.com
Firm ID No. 99616

Ryan F. Stephan
James B. Zouras
Catherine Mitchell
**Stephan Zouras, LLP**
222 W. Adams Street, Suite 2020
Chicago, Illinois, 60606
Tel: (312) 233-1550
Fax: (312) 233-1560
rstephan@stephanzouras.com
jzouras@stephaszouras.com
cmitchell@stephanzouras.com

*Attorneys for Plaintiffs and the Proposed Class*