## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Olivia Van Housen, et al.
                        Plaintiff,

v.                                                           Case No.: 1:23−cv−15634
                                                          Honorable LaShonda A. Hunt

Amazon.Com, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed the parties' joint status report [45]. The parties agree that the related cases, 1:23−cv−15634 (N.D. Ill.) and 1:23−cv−16176 (N.D. Ill.) should be consolidated for all purposes including trial. Parties are to submit a proposed case management order to govern the consolidated case to the Court's proposed order inbox by 2/5/25. In addition, the Court has reviewed the parties' positions on discovery and disagrees that bifurcation is warranted or more efficient. After the Court consolidates these cases, an appropriate discovery schedule and class certification briefing schedule will be entered. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.