# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Olivia Van Housen, et al.
                        Plaintiff,

v.                                                 Case No.: 1:23−cv−15634
                                                                     Honorable LaShonda A. Hunt

Amazon.Com, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 12, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: In−person motion hearing held. As discussed, the parties' oral agreed motion for consolidation is granted as follows. This case, <u>Van Housen v. Amazon.Com</u>, Case No. 23−cv−15634 (N.D. Ill.), and the related case, <u>Coulter v. Hudson Group (HG) Retail, LLC</u>, Case No. 23−cv−16176 (N.D. Ill.), are consolidated for all purposes, including trial. Going forward, all filings in these consolidated cases should be made in Case No. 23−cv−15634 only. Accordingly, the Clerk's office is directed, forthwith, to: (1) consolidate Case Nos. 23−cv−15634 and 23−cv−16176 for all purposes; (2) thereafter, to administratively close Case No. 23−cv−16176; and (3) add all plaintiffs, defendants, and respective counsel from the docket in Case No. 23−cv−16176 to the docket in Case No. 23−cv−15634. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.